**STATEMENT OF FACTS**

On Wednesday, May 15, 2019 at approximately 1100 hours, members of the United States Park Police (USPP), Anacostia District, and the Federal Bureau of Investigation (FBI) Safe Street Task Force (SSTF) received information from a confidential source that there was an individual in possession of a firearm in the area of the 5100 block of Sheriff Road Northeast, in Washington, D.C. The confidential source described the individual in possession of a firearm as a black male, 6'6" in height, heavy build, wearing all black and driving a silver in color Acura MDX with Virginia registration USF4775. The vehicle is registered to Beverly A. Briscoe.

Officers located the silver in color Acura MDX with Virginia registration USF4775, unoccupied and parked in front of 5128 Sheriff Road Northeast, in Washington, D.C. Officers watched the vehicle. At approximately 1200 hours, officers observed an individual (Defendant Briscoe) walking toward the silver in color Acura MDX with Virginia registration USF4775 that matched the physical description described by the source. Defendant Briscoe entered the vehicle through the driver side door and sat in the vehicle. Officers approached and detained Defendant Briscoe. A search of the vehicle revealed a firearm under the front passenger seat by FBI Special Agent Josh Taylor. Defendant Briscoe was placed under arrest and transported to the United States Park Police District Five for processing. While in custody, Defendant Briscoe was interviewed by FBI Special Agent Hanna. Defendant Briscoe admitted to purchasing the gun for his protection.

The firearm recovered was determined to be a Smith & Wesson .40 caliber with a serial number of PBE3212, loaded with one (1) round in the chamber and nine (9) rounds in the magazine.

A WALES/NCIC check of Defendant Briscoe revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Briscoe has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Briscoe through the National Crime Information Center confirmed that the defendant had a prior felony conviction in District of Columbia Superior Court, Criminal Case No. 2009-CF2-022756 and in Arlington County Virginia, Criminal Case No. CR09001124-00. There are no firearms manufactured in the District of Columbia.

_____
DETECTIVE SERGEANT JONATHAN DANIELS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MAY, 2019.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE